IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE BERNARD BYRDEN,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5898

Opinion filed April 25, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

George Bernard Byrden, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     We treat the "petition to be heard on redress: manifest constitutional error" as a petition for writ of habeas corpus. The petition is dismissed. See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

WETHERELL, ROWE, and OSTERHAUS, JJ., CONCUR.